IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02480-BNB

ERIC HOUSTON,

    Plaintiff,

v.

WARDEN DANIALS,
ASISTANCE [sic] WARDEN HALLARD,
ASISTANCE [sic] WARDEN MALUSINIC,
T-LOYD COMPLEX CAPTAIN,
SIS HILL, also known as
    SIS U. HILL,
UNIT MGR. BARKER,
LIEUTENANT WELLS,
LIEUTENANT VILLAPONDA, also known as
    LIEUTENANT VILLAPONDO,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 2 2010

GREGORY C. LANGHAM
              CLERK

---

SECOND ORDER DIRECTING WARDEN
TO RESPOND TO ORDER TO SHOW CAUSE

---

The warden of the United States Penitentiary in Florence, Colorado (USP-Florence), has failed within the time allowed to respond as directed to the order to show cause filed on December 14, 2009. The December 14 order directed the USP-Florence warden to show cause within thirty days why Plaintiff, Eric Houston, should not be granted leave to proceed pursuant to 28 U.S.C. § 1915 based on the alleged refusal of prison officials to provide him with a certified copy of his trust fund account statement.

Because the Court did not receive a response from the warden to the December 14 order, the clerk of the Court will be directed to mail a copy of this order to the USP-

Florence warden at both the address for the United States Penitentiary where Mr. Houston is incarcerated (P.O. Box 7000, Florence, CO 81226-7000) and the address designated on the Bureau of Prisons' website for staff mail (P.O. Box 7500, Florence, CO 81226-7500). The USP-Florence warden will be allowed fifteen days from the date of this order in which to respond as directed to the order to show cause filed on December 14. Accordingly, it is

ORDERED that the warden of the United States Penitentiary in Florence, Colorado, respond as directed **within fifteen (15) days from the date of this order** to the order to show cause filed on December 14, 2009. It is

FURTHER ORDERED that the clerk of the Court mail to the warden, together with a copy of this order, a copy of the December 14 order to show cause. It is

FURTHER ORDERED that the clerk of the Court mail a copy of this order to Warden, United States Penitentiary, P.O. Box 7000, Florence, CO 81226-7000, and to Warden, United States Penitentiary, P.O. Box 7500, Florence, CO 81226-7500. It is

FURTHER ORDERED that the clerk of the Court mail a copy of this order to Plaintiff, Eric Houston, at his designated address.

DATED January 22, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02480-BNB

Eric Houston
Reg. No. 16891-074
USP – Florence
PO Box 7000
Florence, CO 81226

Warden
United States Penitentiary
P.O. Box 7500
Florence, CO 81226-7500

Warden
United States Penitentiary
P.O. Box 7000
Florence, CO 81226-7000

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/22/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk