IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02480-BNB

ERIC HOUSTON,

    Plaintiff,

v.

WARDEN DANIALS,
ASISTANCE [sic] WARDEN HALLARD,
ASISTANCE [sic] WARDEN MALUSINIC,
T-LOYD COMPLEX CAPTAIN,
SIS HILL, also known as
    SIS U. HILL,
UNIT MGR. BARKER,
LIEUTENANT WELLS,
LIEUTENANT VILLAPONDA, also known as
    LIEUTENANT VILLAPONDO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 29 2010

GREGORY C. LANGHAM
                CLERK

## ORDER TO STRIKE

This matter is before the Court on the document that Plaintiff, Eric Houston, submitted to and filed with the Court on January 27, 2010. The document contains expletives and other inappropriate language and comments. Therefore, the document will be stricken pursuant to Rule 12(f) of the Federal Rules of Civil Procedure. **See Phillips v. Carey**, 638 F.2d 207, 208 (10th Cir. 1981) ("[I]f the complaint or other pleadings are abusive or contain offensive language, they may be stricken **sua sponte** under the inherent powers of the court."). "This court simply will not allow liberal pleading rules and pro se practice to be a vehicle for abusive documents." **Garrett v. Selby Connor Maddux & Janner**, 425 F.3d 836, 841 (10th Cir. 2005) (internal

quotation marks and citation omitted). Mr. Houston is cautioned that any such documents he submits to the Court in the future will justify the dismissal of the instant action. Accordingly, it is

ORDERED that the document that Plaintiff, Eric Houston, submitted to and filed with the Court on January 27, 2010, is stricken pursuant to Rule 12(f) of the Federal Rules of Civil Procedure. It is

FURTHER ORDERED that the Mr. Houston is cautioned that any such documents he submits to the Court in the future will justify the dismissal of the instant action.

DATED January 29, 2010, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02480-BNB

Eric Houston
Reg. No. 16891-074
USP – Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/29/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk