IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02480-ZLW

ERIC HOUSTON,

    Plaintiff,

v.

WARDEN DANIALS, and
CAPTAIN HUTCHINGS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's motions filed on March 23 and 29, 2010, will not be considered and are DENIED because Plaintiff filed a notice of appeal on March 4, 2010. Therefore, the Court lacks jurisdiction to consider the March 23 and 29 motions.

Dated: April 1, 2010